**David R. ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46152.**

Missouri Court of Appeals,
Western District.

May 4, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellants.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).